USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/05

Thomas A. Egan, Esq. (TE-0141)
FLEMMING, ZULACK & WILLIAMSON, LLP

One Liberty Plaza, 35th Fl.
New York, New York  10006
(212) 412-9500


James E. Tyrell, Jr., Esq. (JT-6837)
LATHAM & WATKINS LLP

One Newark Center, 16th Fl.
Newark, New Jersey  07101
(973) 639-1234

Defendants' Co-Liaison Counsel

Denise A. Rubin, Esq. (DR-5591)
WORBY GRONER EDELMAN & NAPOLI
  BERN, LLP
115 Broadway, 12th Fl.
New York, New York  10006
(212) 267-3700


Andrew J. Carboy, Esq. (AC-2147)
SULLIVAN PAPAIN BLOCK McGRATH
  & CANNAVO P.C.
120 Broadway, 18th Fl.
New York, New York  10271
(212) 732-9000

Plaintiffs' Co-Liaison Counsel


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
IN RE WORLD TRADE CENTER                                :
DISASTER SITE LITIGATION                                :
                                                        :
--------------------------------------------------------X
                                                        :
THIS DOCUMENT APPLIES TO ALL                            :
WORLD TRADE CENTER DISASTER                              :
SITE LITIGATION                                         :
                                                        :
--------------------------------------------------------X

21 MC 100 (AKH)

SEP 2 3 2005



~~STIPULATION AND~~ ORDER

WHEREAS, this Court directed at the in-Chambers conference held in the above-caption litigation on September 9, 2005 that plaintiffs submit an "Offer of Proof" relating to the motions to be made by defendants pursuant to Case Management No. 3 in this litigation; and

WHEREAS, this Court further directed that defendants respond to that "Offer of Proof" and that the parties thereafter consult with each other concerning plaintiffs' "Offer of Proof" and defendants' response thereto, followed by a report to the Court on the results of that process; and

WHEREAS, the parties and the Court now recognize that the original time frames established by the Court for these activities need to be expanded to permit the parties to exchange meaningful information;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Liaison Counsel, that:

1.      Plaintiffs shall serve their "Offer of Proof" upon Defendants' Co-Liaison Counsel by not later than October 5, 2005.

2.      Defendants shall serve their response to plaintiffs' "Offer of Proof" upon Plaintiffs' Co-Liaison Counsel by not later than October 19, 2005.

3.      Liaison Counsel shall meet and confer to attempt to resolve any disputes concerning plaintiffs' "Offer of Proof" and defendants' response to plaintiffs' "Offer of Proof" by not later than October 25, 2005.

4.      Liaison Counsel shall jointly report to the Court as to the status of the discussions related to plaintiffs' "Offer of Proof" and defendants' response to plaintiffs' "Offer of Proof" by not later than November 2, 2005.

5.      With the Court's permission as indicated by its endorsement on this Stipulation and Order, the status conference in the above-captioned litigation currently scheduled to take

place on September 29, 2005 shall be adjourned to ~~a date subsequent to~~ November 7, 2005, 4:00 p.m.

~~selected by the Court at its convenience.~~

Dated: New York, New York
      September 23, 2005

~~Defendants' Co-Liaison Counsel~~      ~~Plaintiffs' Co-Liaison Counsel~~

FLEMMING, ZULACK & WILLIAMSON, LLP    WORBY GRONER EDELMAN & NAPOLI BERN, LLP

By:_____      By:_____
    Thomas A. Egan, Esq. (TE-0141)        Denise A. Rubin, Esq. (DR-5591)
One Liberty Plaza, 35th Fl.            115 Broadway, 12th Fl.
New York, New York 10006         New York, New York 10006
(212) 412-9500                   (212) 267-3700

Upon consent
SO ORDERED: 9/23/05

_____
ALVIN K. HELLERSTEIN
United States District Judge

Dated: New York, New York
      September 22, 2005

3